People v J.W. (2026 NY Slip Op 00624)

People v J.W.

2026 NY Slip Op 00624

Decided on February 10, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 10, 2026

Before: Kennedy, J.P., Scarpulla, Gesmer, Mendez, Hagler, JJ. 

Ind. No. 71002/22|Appeal No. 5801|Case No. 2023-01934|

[*1]The People of the State of New York, Respondent,
vJ.W., Defendant-Appellant. ?

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Benjamin G. Wiener of counsel), for appellant.

Judgment, Supreme Court, New York County (Ellen N. Biben, J., at plea; Ruth Pickholz, J., at sentencing), rendered March 16, 2023, convicting defendant, upon his plea of guilty, of attempted robbery in the third degree, adjudicating him a youthful offender, and sentencing him to a jail term of one year, unanimously modified, on the law, to the extent of vacating the mandatory surcharge and crime victim assistance fee imposed at sentencing, and otherwise affirmed. 
The statutory provisions authorizing the imposition of mandatory surcharges and crime victim assistance fees upon youthful offenders were repealed effective August 24, 2020, before defendant was sentenced (L 2020, ch 144, §§ 3-4; see former Penal Law §§ 60.02 [3]; 60.35 [10]). Accordingly, the sentencing court had no authority to impose the surcharge and fee (People v L.P., 234 AD3d 578, 579 [1st Dept 2025]; People v D.S., 230 AD3d 1036 [1st Dept 2024]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 10, 2026